**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Kennedy,           )<br>              )<br>      Plaintiff,      )<br>              )<br>vs.             )<br>              )<br>              )<br>Honeywell Aerospace, Inc.,   )<br>              )<br>      Defendant.      )<br>_____) | No. CV-05-3613-PHX-FJM<br><br>**ORDER** |

    The court has before it defendant's motion to strike a letter filed by plaintiff on September 21, 2006 (doc. 30). Based on our order filed October 3, 2006 (doc. 31), defendant's motion to strike is **DENIED** as moot (doc. 30).

    DATED this 4th day of October, 2006.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge